UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 9 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| IN RE BAAN COMPANY SECURITIES LITIGATION | ) ) ) ) |
|  | Civil Action No. 98-2465 (ESH) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) |

### ORDER OF REFERRAL

It is this 29th day of January, 2002

**ORDERED** that pursuant to Local Rule 72.3, this case is referred to United States Magistrate Judge John M. Facciola for a report and recommendation on Defendant Vanenberg Ventures' Renewed Motion to Dismiss for Lack of Personal Jurisdiction [141-1] and Defendant Jan Baan's Motion to Dismiss [142-1].

**SO ORDERED.**

Ellen Segal Huvelle
United States District Judge


